JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 25 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1629

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-11)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 62 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 10 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

August 10, 2005

Sarah Thornton, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Re: MDL-1629-- In re Neurontin Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule CTO-11)

Dear Ms. Thornton:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>July 25, 2005</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Dana L. Stewart
   Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Patti B. Saris
    Transferor Judges:   Judge John D. Holschuh; Judge Jed S. Rakoff; Judge Berle M. Schiller
    Transferor Clerks:   James Bonini; Michael E. Kunz; J. Michael McMahon

JPML Form 36

# SCHEDULE CTO-11 - TAG-ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION | |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| ~~FLM 2 05-310~~ | ~~Joan Craft, et al. v. Pfizer, Inc., et al.~~ | Opposed 8/10/05 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 05-5809 | Debra Johnson Alsberge, etc. v. Pfizer, Inc., et al. | |
| NYS 1 05-5810 | Robin Stern Briggs, etc. v. Pfizer, Inc., et al. | |
| **OHIO SOUTHERN** | | |
| OHS 2 05-657 | Keith Edwards v. Warner-Lambert Co., et al. | |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-3401 | Grace Sanutti v. Pfizer, Inc., et al. | |

JURY

# U.S. District Court
## Southern District of Ohio (Columbus)
### CIVIL DOCKET FOR CASE #: 2:05-cv-00657-JDH-MRA

Edwards v. Warner-Lambert Co et al  
Assigned to: John D. Holschuh  
Referred to: Mark R. Abel  
Demand: $750000  
Case in other court: Franklin County Court of Common Pleas, 04cvh-08-08061  
Cause: 28:1441 Petition for Removal- Personal Injury  

Date Filed: 07/01/2005  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Keith Edwards**  represented by  **Keith Edwards**  
211-800  
RICI  
H 1 A-29  
PO Box 8107  
Mansfield, OH 44901  
PRO SE  

V.

**Defendant**

**Warner-Lambert Co**  represented by  **Ralph Streza**  
Porter Wright Morris & Arthur  
925 Euclid Avenue  
Suite 1700  
Cleveland, OH 44115-1483  
216-443-9000  
Fax: 216-443-9011  
Email: rstreza@porterwright.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Tracey L Turnbull**  
Porter Wright Morris & Arthur LLP  
925 Euclid Avenue  
Suite 1700  
Cleveland, OH 44115  
216-443-2539  
Fax: 216-443-9011  
Email: tturnbull@porterwright.com  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**Parke-Davis Co**  represented by  **Ralph Streza**
*Division of Warner-Lambert Co*                        (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Tracey L Turnbull**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc**  represented by  **Ralph Streza**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Tracey L Turnbull**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/01/2005 | 1 | NOTICE OF REMOVAL by Defendants Warner-Lambert Co, Parke-Davis Co & Pfizer Inc, from Franklin County Court of Common Pleas, case number 04cvh-08-8061 (Filing fee $ 250.00) (Attachments: #1 Exhibit A - State Court Record)(jk) Additional attachment(s) added on 7/27/2005 (jk, ). (Entered: 07/05/2005) |
| 07/01/2005 | 2 | Certificate of Compliance with 28 USC 1446(d) by Defendants Warner-Lambert Co, Parke-Davis Co & Pfizer Inc. (jk) (Entered: 07/05/2005) |
| 07/01/2005 | 3 | CORPORATE DISCLOSURE STATEMENT by Defendants Warner-Lambert Co, Parke-Davis Co & Pfizer Inc. (jk) (Entered: 07/05/2005) |
| 07/01/2005 |   | Filing fee: $ 250.00, receipt number 247252 (jk) (Entered: 07/05/2005) |
| 07/05/2005 | 4 | NOTICE of Docketing - Case 04cvh-08-8061 removed from Franklin County Court of Common Pleas to U.S. District Court, Southern District of Ohio case 2:05-cv-657. (jk) (Entered: 07/05/2005) |
| 07/06/2005 | 5 | ANSWER to Complaint by Defendants Warner-Lambert Co, Parke-Davis Co, Pfizer Inc.(Streza, Ralph) (Entered: 07/06/2005) |
| 07/15/2005 |   | State Court Record received from Franklin County Court of Common Pleas. (jk) (Entered: 07/15/2005) |
| 07/27/2005 |   | Remark - Franklin County Court of Common Pleas Judge Sheward's 1/31/05 Decision and Entry partially granting Plaintiff's motion for relief from Judgment filed 11/23/04 and Entry Amending Court's 10/15/04 and 10/25/04 Decisions and Entries added to Document 1 Notice of Removal. (jk) (Entered: 07/27/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/16/2005 16:35:08 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-00657-JDH-MRA |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |