UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEURONTIN

Civil Action No. 04-10981-PBS
MDL No. 1629

<u>ORDER OF CONSOLIDATION</u>

July 20, 2005

SOROKIN, M.J.

In order to facilitate the orderly management of the Neurontin related litigation the Court enters the following Order.

1. All cases presently pending in this Court that were transferred by the MDL to this Court under MDL Docket Number 1629 are hereby consolidated into In Re Neurontin, C.A. No. 04-10981-PBS.

2. All cases transferred to this Court in the future under MDL Docket Number 1629 are to be consolidated into In Re Neurontin, C.A. No. 04-10981-PBS without further order of this Court.

3. Each case consolidated into In Re Neurontin is thereafter STAYED, with the exception of the automatic discovery contemplated by the Federal Rules of Civil Procedure. The parties shall complete this individual automatic discovery within three months of date the ORDER is docketed in the individual case.

4. All discovery and motion practice will take place only in In Re Neurontin C.A. No. 04-10981 as set forth in the Case Management Orders. The Court contemplates that this discovery and motion practice will pertain to the common matters as the individual cases are stayed. Parties must seek leave of court, with a filing in C.A. No. 04-10981, before proceeding in the individual cases.

5. At the conclusion of the consolidated proceedings in In Re Neurontin, C.A. No. 04-10981 counsel for the parties in each individual case must prepare, in paper or electronic format, depending upon the requirements of the transferor court, the applicable record of the proceedings in the case and provide that record to the Clerk's Office for transmission to the transferor court.

6. The Clerk's Office shall docket this Order in each and every case consolidated now or in the future with In Re Neurontin C.A. No. 04-10981-PBS.

/s/ Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE